# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Derek Wetterstrom, et al.

                    Plaintiffs.                    Civil 08-5118 (PAM/JSM)

v.
                                                   **ORDER OF DISMISSAL**

Home Depot U.S.A., Inc.

                    Defendant.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court

reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action,

for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: March   __5____ , 2009

                                   s/Paul A. Magnuson_____
                                   Paul A. Magnuson, Judge
                                   United States District Court