UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE 08-CV-5118 (PAM/JSM)

Derek Wetterstrom and Stacy Wetterstrom,

    Plaintiff,

vs.                                    **ORDER FOR JUDGMENT**

Home Depot U.S.A., Inc.,

    Defendant.

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED That the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs or disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this  25  day of      May    , 2009.

                                                BY THE COURT:

                                                s/Paul A. Magnuson
                                                Paul A. Magnuson
                                                Judge of United States District Court